# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merilee J. Hartley, | No. CV-14-02421-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Carolyn W. Colvin, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation (Doc. 18) issued by United States Magistrate Judge Leslie A. Bowman that recommends remanding this case to the Social Security Commissioner for further proceedings. No objections have been filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for

clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed the record and finds no error in Judge Bowman's Report and Recommendation. Accordingly, the Report and Recommendation will be adopted in full, and this case will be remanded for further proceedings.

**IT IS HEREBY ORDERED**:

1. Magistrate Judge Leslie A. Bowman's Report and Recommendation (Doc. 18) is **accepted and adopted**.

2. The decision of the Social Security Commissioner is **reversed**, and this case is **remanded** for further proceedings consistent with this Order and with Judge Bowman's Report and Recommendation (Doc. 18). The Clerk of Court is directed to close this case and enter judgment accordingly.

Dated this 2nd day of February, 2016.

Honorable Rosemary Márquez
United States District Judge